

244 So.2d 859

**STATE of Louisiana, Through the DEPART-
MENT OF HIGHWAYS**

**v.**

**Theodora Milliot POOLE et vir.**

No. 51205.

March 10, 1971.

 The decision of the Court of Appeal is not final. The rights of all parties are fully reserved.

SUMMERS, J., is of the opinion that in this case the writ should be granted.

 As to this applicant the result reached by the court of appeal is correct.

244 So.2d 859

**Mrs. Winnie McMULLAN**

**v.**

**ALLSTATE INSURANCE COMPANY and
the Continental Insurance Company.**

No. 51210.

March 10, 1971.

 We find no error of law.

244 So.2d 859

**Pierre Charles ARQUEMBOURG et al.**

**v.**

**Victor P. BOURQUE et al.**

No. 51209.

March 10, 1971.

244 So.2d 859

**Mrs. Lessie BRYANT**

**v.**

**SLIDELL MEMORIAL HOSPITAL and
Travelers Insurance Company.**

No. 51211.

March 10, 1971.